NUMBER
13-11-00231-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

SIX THOUSAND
FIFTY-NINE DOLLARS, 

UNITED STATES
CURRENCY,                                                   Appellant,

 

                                                             v.

 

THE STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
appeal from the 37th District Court

                                         of
Bexar County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

     Before Chief
Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Dennis Gay, attemped to perfect an appeal from a judgment signed on February
24, 2011, in cause no. 2011-CI-02296.  Upon review of the documents before the
Court, it appeared that there was no final, appealable judgment dated February
24, 2011.  On May 23, 2011, the Clerk of this Court notified appellant of this
defect so that steps could be taken to correct the defect, if it could be
done.  See Tex. R. App. P.
37.1, 42.3.   Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of the notice, the appeal would be
dismissed for want of jurisdiction.  Appellant failed to respond to the Court=s notice. 

The
Bexar County Clerk’s Office has informed this Court that no final judgment has
been signed in this case.  In terms of appellate jurisdiction, appellate courts
only have jurisdiction to review final judgments and certain interlocutory
orders identified by statute.  Lehmann v. Har-Con Corp., 39 S.W.3d 191,
195 (Tex. 2001).  

The
Court, having considered the documents on file and appellant's failure to
correct the defect in this matter, is of the opinion that the appeal should be
dismissed for want of jurisdiction.  Accordingly, the appeal is DISMISSED FOR
WANT OF JURISDICTION.  See Tex.
R. App. P. 42.3(a),(c). 

PER
CURIAM

Delivered and filed the 

21st day of July, 2011.